**CONFIDENTIAL**

**EXHIBIT B**

# SELECTIVE SIGNALS, LLC

## Preliminary Claim Chart

## U.S. Patent No. 8,111,629

### Media Session Identification Method for IP Networks
### (Filed 11/1/2007; Issued 2/7/2012)

### vs.

### Fortinet, Inc.

CONFIDENTIAL

# EXHIBIT B

**Infringement of U.S. Patent Number 8,111,629 by Fortinet, Inc. ("Defendant")**
**Product: FortiGate NGFW Network Security Appliances**

| 15. A method of identifying session type, comprising: | Defendant makes, uses and sells, within the United States, a plurality of devices utilizing methods of identifying session type (collectively referred to hereinafter as Defendant's devices performing the "Accused Methods").<br><br>The method of identifying session types of Claim 15 offers significant enhancements for network health and security for homes or businesses.  Network security appliances, like Defendant's devices performing the Accused Methods, must analyze ever-increasing amounts of network traffic and do so without noticeably increasing latency.  Rather than holding traffic for approval, it must be able to scan a flow of data packets to determine what they're probably doing, even if they're encrypted or piggybacking on other data streams.  This is essential for both preventing potentially damaging activity, such as network intrusions or the spread of a malware infection, and businesses also have the added concern of preventing certain types of programs or network sessions from occurring, either for security purposes or just to ensure their workforce stays productive.  Today many network security appliances, including next generation firewalls, utilize methods for identifying session types such as those previously claimed by the '629 Patent.<br><br>Defendant makes and sells products that utilize the method of identifying session type of the '629 Patent.  These devices performing the Accused Methods include, for example and without limitation, Defendant's FortiGate NGFW network security appliances.<br><br>*See* Defendant's FortiGate NGFW page available at https://www.fortinet.com/products/firewalls/firewall.html. |

CONFIDENTIAL

## EXHIBIT B

### End-to-end Next Gen Firewall Platform

Our award-winning network security appliances provide one platform for end-to-end security across your entire network. FortiGate next gen firewalls are optimized for internal segmentation, perimeter, cloud, data center, distributed, and small business deployments. Simplify your security posture with one security solution across your physical, virtual, and cloud deployments.





**High-End Firewall**

The FortiGate NGFW 1000 - 7000 High-End series delivers high-performance network security designed for the most demanding networks.

**Mid-Range Firewall**

The FortiGate NGFW 900 - 100 mid-range series delivers superior performance, high gigabit port density, and consolidated network security features for mid-sized businesses and enterprise branch locations.

**CONFIDENTIAL**

# EXHIBIT B



**Entry Level Firewall**

FortiGate NGFW 90 - 30 series appliances deliver up to 4 Gbps of firewall throughput and include multiple, integrated 1 GE ports. This combination of performance, port density, and consolidated network security features offers an ideal platform for small to mid-sized businesses and enterprise branch locations.

**Firewall - Virtual Appliances**

FortiGate NGFW virtual appliances offer the same level of protection as FortiGate hardware appliances, with support for all of the security and networking services offered by the FortiOS operating system.

CONFIDENTIAL

## EXHIBIT B

| | |
|---|---|
| | FortiGate enterprise firewalls include:<br><br>End-to-end security across the full attack cycle<br><br>Top-rated security validated by third parties<br><br>Internal segmentation firewall deployment for additional protection<br><br>Centralized management across physical, virtual, and cloud deployments<br><br>Best price-per-performance<br><br>Cloud-readiness: multitenancy and quick integration with public clouds<br><br>**FortiGate Next Gen Firewall (NGFW) Security Features**<br><br>FortiGuard Security Subscription Services enable visibility and control for next generation protection against advanced threats, including zero day attacks. Features including application and user-identity awareness; content security with integrated intrusion prevention, antivirus, and web filtering; SSL encryption/decryption; and advanced threat detection and remediation, work together to give you intelligent, effective network security.<br><br>Additional critical defense subscriptions can be easily added. You can choose individual services, or get access to all available services with the Enterprise Bundle. The Enterprise Bundle offers the most flexibility and broadest range of protection. |
| obtaining passing packets of respectively unknown sessions and unknown session types; | Defendant's devices that perform the Accused Methods are designed to perform the first step, "obtaining passing packets of respectively unknown sessions and unknown session types."<br><br>Defendant's devices that perform the Accused Methods obtain passing packets as packets travel "starting on the Internet side of the FortiGate firewall and ends with the packet exiting to the Internal network. … At any point in the path if the packet is going through what would be considered a filtering process and if fails the filter check the packet is dropped and does not continue any further down the path."  *See, e.g.,* |

CONFIDENTIAL

# EXHIBIT B

http://help.fortinet.com/fos50hlp/54/Content/FortiOS/fortigate-firewall-52/Concepts/How%20Packets%20are%20handled%20by%20FortiOS.htm.

## How Packets are handled by FortiOS

To give you idea of what happens to a packet as it makes its way through the FortiGate unit here is a brief overview. This particular trip of the packet is starting on the Internet side of the FortiGate firewall and ends with the packet exiting to the Internal network. An outbound trip would be similar. At any point in the path if the packet is going through what would be considered a filtering process and if fails the filter check the packet is dropped and does not continue any further down the path.

This information is covered in more detail in other in the Troubleshooting chapter of the FortiOS Handbook in the Life of a Packet section.

The incoming packet arrives at the external interface. This process of entering the device is referred to as **ingress**.

### Step #1 - Ingress

1. Denial of Service Sensor
2. IP integrity header checking
3. IPsec connection check
4. Destination NAT
5. Routing

**CONFIDENTIAL**

# EXHIBIT B

Step #2 - Stateful Inspection Engine

1. Session Helpers
2. Management Traffic
3. SSL VPN
4. User Authentication
5. Traffic Shaping
6. Session Tracking
7. Policy lookup

Step #3 - Security Profiles scanning process

1. Flow-based Inspection Engine
2. IPS
3. Application Control
4. Data Leak Prevention
5. Email Filter
6. Web Filter
7. Anti-virus
8. Proxy-based Inspection Engine
9. VoIP Inspection
10. Data Leak Prevention
11. Email Filter
12. Web Filter
13. Anti-virus
14. ICAP

**CONFIDENTIAL**

# EXHIBIT B

| | |
|---|---|
| | **Step #4 - Egress**<br><br>1. IPsec<br>2. Source NAT<br>3. Routing |
| obtaining traffic packet characteristics of said passing packets of respectively unknown session types; | Defendant's devices that perform the Accused Methods are designed to perform the second step, "obtaining traffic packet characteristics of said passing packets of respectively unknown session types."<br><br>Defendant's devices that perform the Accused Methods obtain passing packets then determine its characteristics.  This enables Defendant's devices that perform the Accused Methods to monitor data signatures, protocols, data content, source and destination addresses and behavior to enable, for example, "Security Profiles scanning process" including a "Flow-based Inspection Engine," "IPS," "Application Control," "Data Leak Prevention," "Email Filter," "Web Filter," "Anti-virus," "Proxy-based Inspection Engine," "VoIP Inspection," and "ICAP."  *See, e.g.*, http://help.fortinet.com/fos50hlp/54/Content/FortiOS/fortigate-firewall-52/Concepts/How%20Packets%20are%20handled%20by%20FortiOS.htm. |

CONFIDENTIAL

# EXHIBIT B

## How Packets are handled by FortiOS

To give you idea of what happens to a packet as it makes its way through the FortiGate unit here is a brief overview. This particular trip of the packet is starting on the Internet side of the FortiGate firewall and ends with the packet exiting to the Internal network. An outbound trip would be similar. At any point in the path if the packet is going through what would be considered a filtering process and if fails the filter check the packet is dropped and does not continue any further down the path.

This information is covered in more detail in other in the Troubleshooting chapter of the FortiOS Handbook in the Life of a Packet section.

The incoming packet arrives at the external interface. This process of entering the device is referred to as **ingress**.

### Step #1 - Ingress

1. Denial of Service Sensor
2. IP integrity header checking
3. IPsec connection check
4. Destination NAT
5. Routing

9

CONFIDENTIAL

# EXHIBIT B

| | |
|---|---|
| | **Step #3 - Security Profiles scanning process**<br><br>1. Flow-based Inspection Engine<br>2. IPS<br>3. Application Control<br>4. Data Leak Prevention<br>5. Email Filter<br>6. Web Filter<br>7. Anti-virus<br>8. Proxy-based Inspection Engine<br>9. VoIP Inspection<br>10. Data Leak Prevention<br>11. Email Filter<br>12. Web Filter<br>13. Anti-virus<br>14. ICAP |
| comparing said obtained packets with each other using respectively obtained traffic packet characteristics; | Defendant's devices that perform the Accused Methods are designed to perform the third step, "comparing said obtained packets with each other using respectively obtained traffic packet characteristics."<br><br>Defendant's devices that perform the Accused Methods compare obtained packets with each other using the characteristics to help determine, for example, threats using IPS heuristics.  "It also provides behavior-based heuristics, enabling the system to recognize threats for which no signature has yet been developed."  To heuristically review the behavior of traffic, Defendant's devices that perform the Accused Methods must capture and compare multiple packets to determine that they are from the same apparent session |

**CONFIDENTIAL**

## EXHIBIT B

<table>
<tr>
<td></td>
<td>

and use the frequency, type and size of the data packets to help determine the behavior. *See, e.g.*, https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiGate_5000_Series.pdf.

**Superior IPS Capabilities**

The FortiGuard IPS subscription service provides FortiGate customers with the latest defenses against stealthy network-level threats. With signatures of more than 4000 known threats, it enables FortiGate to stop attacks that evade conventional firewall defenses. It also provides behavior-based heuristics, enabling the system to recognize threats for which no signature has yet been developed.

**Unique Visibility and Control**

FortiOS allows greater traffic visibility and more consistent, granular control over users, devices, applications and sensitive data. Dashboard widgets allow administrators to quickly view and understand real-time network activities and threat situations.

In addition, *see, e.g.*, http://help.fortinet.com/fos50hlp/54/Content/FortiOS/fortigate-firewall-52/Concepts/How%20Packets%20are%20handled%20by%20FortiOS.htm ("Session Tracking," "IPS," the Inspection Engines.)

</td>
</tr>
</table>

**CONFIDENTIAL**

# EXHIBIT B

**Step #2 - Stateful Inspection Engine**

1. Session Helpers
2. Management Traffic
3. SSL VPN
4. User Authentication
5. Traffic Shaping
6. Session Tracking
7. Policy lookup

**Step #3 - Security Profiles scanning process**

1. Flow-based Inspection Engine
2. IPS
3. Application Control
4. Data Leak Prevention
5. Email Filter
6. Web Filter
7. Anti-virus
8. Proxy-based Inspection Engine
9. VoIP Inspection
10. Data Leak Prevention
11. Email Filter
12. Web Filter
13. Anti-virus
14. ICAP

**CONFIDENTIAL**

# EXHIBIT B

| | |
|---|---|
| grouping together those packets having similar values of said traffic packet characteristics into a presumed session; and | Defendant's devices that perform the Accused Methods are designed to perform the fourth step, "grouping together those packets having similar values of said traffic packet characteristics into a presumed session."<br><br>Defendant's devices that perform the Accused Methods automatically group together packets that have similar values of traffic packet characteristics (i.e., same application, same protocol and same user) to a session.  This enables the session to be used to "identify applications and their activities while still providing a suitable and sufficient user experience," enabling organizations to "adopt more granular control, such as allowing logins but not chatting over selected sites. Traffic shaping may also be applied to the application traffic that is allowed."  *See, e.g.*, http://docs.fortinet.com/uploaded/files/2022/inside-fortios-appcntrl-52.pdf.<br><br><br><br>Application control technologies detect and take action against network traffic based on the application that generated the traffic. Application control uses protocol decoders with signatures that analyze network traffic to detect application traffic, even if the traffic uses non-standard ports or protocols. |

CONFIDENTIAL

# EXHIBIT B

## Enhance Control and Network Visbility

Controlling and monitoring applications on a network can seem like a daunting task due to the wide range of available applications. It is no longer an option to simply block or allow TCP and/or UDP ports since most applications do not map to individual ports. For example, controlling traffic on an HTTP or HTTPS port is futile against complex social networking sites and cloud applications.

FortiOS Application Control leverages its massive application database to identify applications and their activities while still providing a suitable and sufficient user experience, thanks to FortiASIC Content Processors (CPs), which boost CPU performance. Organizations can adopt more granular control, such as allowing logins but not chatting over selected sites. Traffic shaping may also be applied to the application traffic that is allowed. After applying control measures, continuous monitoring ensures that the measures are effective and allow for changes in application traffic patterns to be managed. For increased monitoring, unique deep visibility can also be enabled to reveal associated usernames and video/file information.

## Key Features & Benefits

| | |
|---|---|
| Identifies and controls application traffic. | Allows organization to strengthen security policies by controlling evasive application communications. |
| Leverages FortiGate's hardware acceleration and software optimization. | Offers more security without compromising performance.. |
| Granular control and integration with other FortiOS capabilities. | Provides administrators the ability to implement the most appropriate configuration for any given organization. |

CONFIDENTIAL

# EXHIBIT B

<table>
<tr>
<td></td>
<td>

In addition, illustrating a view of grouped packets into a presumed session of YouTube viewing, *see, e.g.*, http://cookbook.fortinet.com/blocking-p2p-traffic-youtube-applications/.



</td>
</tr>
<tr>
<td>

analyzing said grouped packets of said presumed session for session characteristics;

</td>
<td>

Defendant's devices that perform the Accused Methods are designed to perform the fifth step, "analyzing said grouped packets of said presumed session for session characteristics."

Defendant's devices that perform the Accused Methods analyze grouped packets of said presumed session to determine session characteristics. For example, even if traffic is encrypted, Defendant's devices that perform the Accused Methods decrypt the transmission to "adopt effective application control even when traffic is encrypted" and "easily omit sensitive communications, such as financial transaction (thereby complying

</td>
</tr>
</table>

**CONFIDENTIAL**

# EXHIBIT B

| | with privacy policies)."  "Using ForiOS's deep inspection … administrators gain deep and useful insights" into session characteristics like "activities associated with these applications, such as user IDs, cloud actions, file names, and file sizes."  *See, e.g.*, http://docs.fortinet.com/uploaded/files/2022/inside-fortios-appcntrl-52.pdf. |
|---|---|
| | |

CONFIDENTIAL

# EXHIBIT B

## Deep Inspection for Cloud Applications

The prevalence of cloud applications like Dropbox poses a security challenge to today's organizations. Using FortiOS's deep inspection for cloud applications, administrators gain deep and useful insights, via FortiView and logs, into activities associated with these applications, such as user IDs, cloud actions, file names, and file sizes.

## SSL Inspection for Encrypted Traffic



SSL (Secure Sockets Layer) is a popular encryption standard used to protect Internet traffic but may also be used to evade traditional inspection. FortiOS enables organizations to adopt effective application control even when traffic is encrypted.

CONFIDENTIAL

# EXHIBIT B

Unique hardware components and software optimizations can decrypt traffic with minimal performance impact. The inspection can easily omit sensitive communications, such as financial transaction (thereby complying with privacy policies), or bypass applications that forbid SSL inspection by using granular policy settings.

## Monitoring, Logging, and Reporting

FortiOS empowers organization to implement security best practices that require continuous examination of threat statuses and the ability to adapt to new requirements.

The FortiView online query widgets provide useful analyses with detailed and contextual session information that can



be filtered, ranked, and further inspected. For example, an administrator can instantly query the top applications that are currently consuming bandwidth and drill down to identify their users and help decide if such activities should be blocked.

CONFIDENTIAL

## EXHIBIT B

In addition, illustrating views of the session characteristics analyzed from a presumed session, *see, e.g.,* http://cookbook.fortinet.com/blocking-p2p-traffic-youtube-applications/.

## 3. Reviewing the FortiView dashboards

Go to **System > FortiView > Applications** and select the **now** view.

This dashboard shows the traffic that is currently flowing through your FortiGate, arranged by application (excluding Cloud Applications).

**CONFIDENTIAL**

# EXHIBIT B

If you wish to know more about an application's traffic, double-click on its entry to view drilldown information, including traffic sources, traffic destinations, and information about individual sessions.



CONFIDENTIAL

# EXHIBIT B



Similar information can be viewed for Cloud Applications by going to **System > FortiView > Cloud Applications** and selecting **Applications** that have been used in the last **5 Minutes**.

Cloud Applications also have drilldown options, including the ability to see which videos have been viewed if streaming video traffic was detected.

**CONFIDENTIAL**

## EXHIBIT B

| using said session characteristics to identify a session type of said presumed session. | Defendant's devices that perform the Accused Methods are designed to perform the final step, "using said session characteristics to identify a session type of said presumed session."

Defendant's devices that perform the Accused Methods use the session characteristics to determine a session type.  In addition to the ability to determine the Application described *supra*, which enables Defendant's devices that perform the Accused Methods to not only provide control over specific applications, but "also offers specific application activity information, such as a Facebook posting or Dropbox file sync."  *See, e.g.*, http://docs.fortinet.com/uploaded/files/2022/inside-fortios-appcntrl-52.pdf.

**Advanced Application Detection and Control**

By relying on the FortiOS 3rd Generation IPS engine, the FortiGate is able to inspect many of today's encrypted and evasive traffic, as well as traffic running on new technologies, such as SPDY protocol. The inspection can be applied to both network and IPsec/SSL VPN traffic.

An application and its specific activity are identified using |

CONFIDENTIAL

# EXHIBIT B

FortiGuard's Application Control database of over 3,500 distinct signatures. These signatures are crafted by researchers across the globe to include applications that may be unique to platforms, regions, and/or languages. It also offers specific application activity identification, such as a Facebook posting or Dropbox file sync. The database is kept up to date via scheduled or manual downloads.

The application database is classified into 18 intuitive categories for ease of use. Administrators may also create specific application overrides that differ from the category settings. These specific applications can be filtered and selected by risk levels, technology type, and popularity.



**CONFIDENTIAL**

# EXHIBIT B

|  |  |
|---|---|
|  | Administrators may also apply advanced controls, such as setting up session TTLs for specific applications using CLI commands.<br><br>**Traffic Shaping**<br>Organizations may better utilize bandwidth and protect critical applications by enforcing granular application usage with traffic shaping. Administrators can create various traffic shaping profiles by defining traffic priority and maximum or guaranteed bandwidth. These profiles can then be assigned to targeted applications.<br><br>In addition, illustrating views of exemplary session types of presumed sessions, *see, e.g.*, http://cookbook.fortinet.com/blocking-p2p-traffic-youtube-applications/. |

**CONFIDENTIAL**

# EXHIBIT B



**CONFIDENTIAL**

# EXHIBIT B

If you wish to know more about an application's traffic, double-click on its entry to view drilldown information, including traffic sources, traffic destinations, and information about individual sessions.



**CONFIDENTIAL**

# EXHIBIT B



Similar information can be viewed for Cloud Applications by going to **System > FortiView > Cloud Applications** and selecting **Applications** that have been used in the last **5 Minutes**.

Cloud Applications also have drilldown options, including the ability to see which videos have been viewed if streaming video traffic was detected.