# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SELECTIVE SIGNALS, LLC,**<br><br>         **Plaintiff,**<br> v.<br><br>**FORTINET, INC.,**<br><br>         **Defendant.** | Case No. 6:17-cv-64-RWS-KNM<br><br>**JURY TRIAL DEMANDED**<br><br>*(Consolidated Lead Case)* |
| **SELECTIVE SIGNALS, LLC,**<br><br>         **Plaintiff,**<br> v.<br><br>**ROHDE & SCHWARZ USA, INC.**<br>         **Defendant.** | Case No. 6:17-cv-66-RWS-KNM<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL OF ROHDE & SCHWARZ USA, INC. WITH PREJUDICE

CAME ON THIS DAY for consideration of the Joint Motion to Dismiss Rohde & Schwarz USA, Inc. With Prejudice of all claims and counterclaims asserted between Plaintiff Selective Signals, LLC and Defendant Rohde & Schwarz USA, Inc. in this case, and the Court being of the opinion that said Motion should be **GRANTED**, it is hereby

**ORDERED** that all claims and counterclaims asserted in this suit between Plaintiff Selective Signals, LLC and Defendant Rohde & Schwarz USA, Inc. are hereby **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

Any motion not previously granted is hereby denied.

**SIGNED this 12th day of October, 2017.**

                                                        ROBERT W. SCHROEDER III
                                                        UNITED STATES DISTRICT JUDGE