Timothy Devlin
Devlin Law Firm LLC
1306 N. Broom St., Suite 1
Wilmington, DE 19806
302-449-9011 (direct)
302-353-4251 (fax)
tdevlin@devlinlawfirm.com

Seth Wiener SBN 203747
seth@sethwienerlaw.com
LAW OFFICES OF SETH WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607

Attorneys for Plaintiff,
SELECTIVE SIGNALS, LLC


JOHN M. NEUKOM (SBN 275887)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 798-6525
Email: john.neukom@skadden.com

Attorneys for Defendant,
FORTINET, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SELECTIVE SIGNALS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FORTINET, INC., <br><br> Defendant. | Case No.  No. 4:18-cv-00222-JSW <br><br> **JOINT NOTICE OF FOURTH WRITTEN STATUS REPORT** |

**JOINT STATUS REPORT**

Pursuant to this Court's Order Staying Case and Order Regarding Joint Status Report, Plaintiff Selective Signals, LLC, and Defendant Fortinet, Inc. (collectively, the "Parties"), hereby jointly submit this Fourth Written Status Report. (*See* Dkt. # 83, 86, 94).

The Parties inform the Court that they have tentatively settled their dispute and expect to file a stipulation of dismissal with the Court within the next few days once that settlement is finalized.

DATED: March 6, 2020                            Respectfully submitted,


*/s/ Seth Wiener*
***Attorneys for Selective Signals, LLC***


*/s/ John Neukom*
***Attorneys for Fortinet, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on March 6, 2020 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ John Neukom*
John M. Neukom

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.

*/s/ John Neukom*
John M. Neukom